GRANTED

*Judge Maria-Elena James*

| | |
|---|---|
| 1 | MICHAEL E. BREWER, Bar No. 177912 |
| | mbrewer@littler.com |
| 2 | GREGORY G. ISKANDER, Bar No. 200215 |
| | giskander@littler.com |
| 3 | TARUN MEHTA, Bar No. 262886 |
| | tmehta@littler.com |
| 4 | Littler Mendelson, P.C. |
| | Treat Towers |
| 5 | 1255 Treat Boulevard, Suite 600 |
| | Walnut Creek, California  94597 |
| 6 | Telephone:    925.932.2468 |
| | Facsimile:    925.946.9809 |

Attorneys for Defendant
VIDEO ONLY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU, California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California, | Case No.  **C 11-06716 MEJ** |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| VIDEO ONLY, INC., a Washington Corporation; DOES 1-10, | |
| Defendant. | |

STIPULATION FOR AN EXTENSION OF TIME

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Pursuant to Local Rule 6-1(a), Plaintiff Julie Su, California State Labor Commissioner, Division of Labor Standards Enforcement, Department of Industrial Relations, State of California, on behalf of the People of the State of California, and Defendant Video Only, Inc., a Washington Corporation, by and through their attorneys of record, hereby stipulate and agree to extend the time within which Defendant Video Only, Inc., may answer, move or otherwise respond to Plaintiff's Complaint. By agreeing to this stipulation, Plaintiff does not waive any defenses or rights it may otherwise assert, including to federal jurisdiction of this matter. The parties acknowledge that this extension of time will not alter the date of any hearing or conference set by the Court.

Dated:  January 6, 2012  /s/   Gregory G. Iskander
GREGORY ISKANDER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
VIDEO ONLY, INC.

Dated:  January 6, 2012  /s/ David Bell
DAVID BELL
Division of Labor Standards Enforcement
Attorneys for Plaintiff
Specially Appearing

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

STIPULATION FOR AN EXTENSION OF TIME
FIRMWIDE:106527219.2 069823.1002

2.