**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking          General Court Number
Clerk                       415.522.2000

**March 27, 2012**

**CASE NUMBER:  CV 11-06716 MEJ**
**CASE TITLE:  JULIE SU-v-VIDEO ONLY, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/27/12

FOR THE EXECUTIVE COMMITTEE:

_____
                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 3/27/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA