1  MICHAEL E. BREWER, Bar No. 177912
   GREGORY G. ISKANDER, Bar No. 200215
2  Littler Mendelson, P.C.
   1255 Treat Boulevard, Suite 600
3  Walnut Creek, California  94597
   Telephone:    925.932.2468
4  Facsimile:    925.946.9809
   mbrewer@littler.com
5  giskander@littler.com

6  Attorneys for Defendant
   VIDEO ONLY, INC.
7
   STATE OF CALIFORNIA
8  Division of Labor Standards Enforcement
   Department of Industrial Relations
9  By:    DAVID LAWRENCE BELL, SBN 224667
          320 West 4th Street, Suite 430
10         Los Angeles CA 90013
          Tel. (213) 897-1511
11        Fax. (213) 897-2877
          dlbell@dir.ca.gov
12
   Attorney for Plaintiff, JULIE SU, California State
13 Labor Commissioner

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

14

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17

18 JULIE SU, California State Labor            Case No.  **C 11-06716 JW**
   Commissioner, Division of Labor
19 Standards Enforcement, Department of
   Industrial Relations, State of California, on
20 behalf of the People of the State of         **STIPULATION TO CONTINUE CASE**
   California,                                  **MANAGEMENT CONFERENCE**
21
                         Plaintiff,             Current Date:   June 18, 2012
22                                              Proposed Date:  June 25, 2012
        v.
23
   VIDEO ONLY, INC., a Washington
24 Corporation; DOES 1-10,

25                       Defendant.

26

27

28

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1  The parties in this action, by and through their attorneys, hereby jointly stipulate and request
2  that the case management conference, currently scheduled for June 18, 2012, at 10:00 a.m., in
3  Courtroom 9, be reset to June 25, 2012, due to scheduling conflicts with counsel for the parties.
4  SO STIPULATED.

Dated:  May 30, 2012

/s/  Gregory G. Iskander
GREGORY ISKANDER
LITTLER MENDELSON
Attorneys for Defendant
VIDEO ONLY, INC.

Dated:  May 30, 2012

/s/  David Bell
DAVID BELL
Division of Labor Standards Enforcement
Attorneys for Plaintiff

**ORDER**

Pursuant to Stipulation, the Case Management Conference is hereby continued to June 25, 2012, at 10:00 a.m., in Courtroom 9. On or before June 15, 2012, the parties shall file a Joint Case Management Conference.

SO ORDERED.

Dated: June 6, 2012

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE    2.

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468