UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>        Plaintiff,<br><br>    v.<br><br>VIDEO ONLY, INC.,<br><br>        Defendant. | Case No.  11-cv-06716-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 36 |

The court docket indicates on May 2, 2013 the parties settled this action.  *See* Dkt. No. 36. Accordingly, all deadlines and hearings in this case are VACATED.  By June 17, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 2, 2013

_____
JON S. TIGAR
United States District Judge