UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SU,<br><br>        Plaintiff,<br><br>    v.<br><br>VIDEO ONLY, INC.,,<br><br>        Defendant. | Case No. 11-cv-06716-JST<br><br>**SECOND ORDER TO FILE STIPULATION OF DISMISSAL AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 38 |

On May 2, 2013, following the parties' notice of settlement, the Court ordered the parties to file a stipulation of dismissal by June 17, 2013, or a statement explaining why they could not file the stipulation. ECF No. 37. On June 17, the parties filed a statement requesting an additional 60 days for filing the stipulation of dismissal. ECF No. 38.

By July 22, 2013, the parties must file a stipulation of dismissal. The Court will hold a case management conference on July 24, 2013. If the parties file the stipulation of dismissal on or before July 22, the conference will be vacated.

**IT IS SO ORDERED**.

Dated: June 18, 2013

_____
JON S. TIGAR
United States District Judge